O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RING PLUS, INC., a Texas corporation, | ) ) ) | Case No. CV 08-01397 DDP (JTLx) |
| | ) | [Motion filed on 8/20/10] |
| Plaintiff, | ) ) | |
| v. | ) | **ORDER LIFTING STAY** |
| PREFERRED VOICE, INC., | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

    On July 24, 2009, this matter was stayed pending the outcome of a related appeal to the Federal Circuit. (Dkt. No. 83.) On August 20, 2010, Plaintiff filed a motion to lift the stay. (Dkt. No. 91.) At the time the motion was submitted, however, the Federal Circuit had not yet rendered a final decision on the related action.

    The Federal Circuit's mandate now having issued, Plaintiff's Motion to Lift Stay is GRANTED.

IT IS SO ORDERED.

Dated: November 10, 2010

DEAN D. PREGERSON
United States District Judge